**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---
**JANE DOE 1001**

                Plaintiff,        20 cv. 6904 (JGK)

    - against -                <u>ORDER</u>

**DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,**

                Defendants.
---
**JOHN G. KOELTL, District Judge:**

    The plaintiff may proceed as a Jane Doe plaintiff absent further Order of the Court.

**SO ORDERED.**

**Dated:    New York, New York**
           **August 27, 2020**              ___/s/ John G. Koeltl____
                                                       **John G. Koeltl**
                                               **United States District Judge**